1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2725

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )    CASE NO. CRS-11-295 MCE
                                  )
12            Plaintiff,          )    STIPULATION AND PROTECTIVE
                                  )    ORDER RE: DISSEMINATION OF
13  v.                            )    DISCOVERY DOCUMENTS CONTAINING
                                  )    NAMES AND PERSONAL IDENTIFYING
14  VERANIKA KOUSHAL,             )    INFORMATION
                                  )
15            Defendant.          )
                                  )
16  _____)

17       Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in

18  United States v. Sergey Potepalov, et. al., stipulate and agree, and

19  respectfully request that the Court order that:

20       1.   The United States shall turn over discovery in this case

21            subject to this stipulation and associated protective

22            order.

23       2.   Certain of the documents contained in the government's

24            discovery production contain names and personal

25            identifying information of certain defendants and other

26            individuals (hereinafter, the "Protected Material").  Such

27            personal identifying information includes, but is not

28            limited to, surnames, street addresses, telephone numbers,

                                   1

driver's license numbers, social security numbers,
financial account numbers, dates of birth, A-file numbers,
and any other alphanumeric identifiers attributed to any
person.  Any pages of discovery that contain no personal
identifying information are not subject to this order.

3.  The Protected Material is now and will forever remain the
property of the United States.  The Protected Material is
entrusted to counsel for each defendant only for purposes
of representation in this case.

4.  Counsel for each defendant shall not give Protected
Material or any copy of Protected Material to any person
other than counsel's staff, investigator, or retained
expert(s).  The terms "staff," "investigator," and
"expert" shall not be construed to describe any defendant
or other person not either regularly employed by counsel
or a licensed investigator or expert hired in this case.

5.  Any person receiving Protected Material or a copy of
Protected Material from counsel for any defendant shall be
bound by the same obligations as counsel and further may
not give the Protected Material to anyone (except that the
Protected Material shall be returned to counsel).

6.  Counsel shall maintain a list of persons to whom any
Protected Material, or copies thereof, have been given.
Such persons shall be shown a copy of this Stipulation and
Order and shall sign a copy of the Stipulation and Order
and note that they understand its terms and agree to them.

7.  The defendants in this case may review the Protected
Material and be aware of its contents, but shall not be

1    given control of the Protected Material or any copies

2    thereof.  Notwithstanding the foregoing, counsel are

3    permitted to provide each defendant with copies of

4    documents otherwise classifiable as Protected Material so

5    long as counsel completely redact all personal identifying

6    information from those documents prior to providing them

7    to a defendant.

8    8.    The foregoing notwithstanding, after the Trial

9    Confirmation Hearing in this case, counsel, staff, and

10   investigator for any defendant who has confirmed for trial

11   may make copies of the Protected Material for trial

12   preparation and presentation.  Any copies must, however,

13   remain in the possession of counsel, staff, investigator, expert or

14   the Court.

15                       Respectfully Submitted,

16                       BENJAMIN B. WAGNER
                         United States Attorney
17

18   DATE: August 29, 2011     By:   /s/ Daniel S. McConkie
                                     DANIEL S. McCONKIE
19                                   Assistant U.S. Attorney

20   DATE: August 29, 2011           /s/ Michael D. Long
                                     MICHAEL D. LONG
21                                   Attorney for VERANIKA KOUSHAL
                                     By verbal authorization
22

23
         **IT IS SO ORDERED:**
24   DATED: August 29, 2011.

25

26                            Dale A. Drozd
27
     dad1:crim                DALE A. DROZD
28   koushal0295.stip.prot.ord.wpd   UNITED STATES MAGISTRATE JUDGE

                              3