Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
SERGEY POTEPALOV

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>vs.<br><br>SERGEY POTEPALOV, et al.,<br><br>                          Defendants. | No. 2:11-CR-00295 MCE<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Daniel McConkie, Jr., Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Sergey Potepalov; Hayes Gable, III, attorney for defendant Keith O'Neil; Christopher Haydn-Myer, attorney for defendant Pavel Berezenko; Robert Holley, attorney for defendant Anthony Rivera; Michael Long, attorney for defendant Veranika Koushal; and Dina Santos, attorney for defendant Marlena Colvin, that the previously-scheduled status conference date of March 8, 2012, be vacated and the matter set for status conference on May 17, 2012, at 9:00 a.m.

   This continuance is requested to allow counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

   The Government concurs with this request.

///

///

**Amended Stipulation and Order to Continue Status Conference**

1  Further, the parties agree and stipulate the ends of justice served by the granting of such
2  a continuance outweigh the best interests of the public and the defendants in a speedy trial and
3  that time within which the trial of this case must be commenced under the Speedy Trial Act
4  should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(B)(ii) and (iv),
5  corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel
6  to prepare], from the date of the parties' stipulation, March 6, 2012, to and including May 17,
7  2012.
8  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
9  IT IS SO STIPULATED.

10 Dated: March 6, 2012                             Respectfully submitted,

11                                                  /s/ Michael E. Hansen
                                                    MICHAEL E. HANSEN
12                                                  Attorney for Defendant
                                                    SERGEY POTEPALOV
13
    Dated: March 6, 2012                            /s/ Michael E. Hansen for
14                                                  HAYES GABLE, III
                                                    Attorney for Defendant
15                                                  KEITH O'NEIL

16  Dated: March 6, 2012                            /s/ Michael E. Hansen for
                                                    CHRISTOPHER HAYDN-MYER
17                                                  Attorney for Defendant
                                                    PAVEL BEREZENKO
18
    Dated: March 6, 2012                            /s/ Michael E. Hansen for
19                                                  ROBERT HOLLEY
                                                    Attorney for Defendant
20                                                  ANTHONY RIVERA

21  Dated: March 6, 2012                            /s/ Michael E. Hansen for
                                                    MICHAEL LONG
22                                                  Attorney for Defendant
                                                    VERANIKA KOUSHAL
23
    Dated: March 6, 2012                            /s/ Michael E. Hansen for
24                                                  DINA SANTOS
                                                    Attorney for Defendant
25                                                  MARLENA COLVIN

26  ///
27  ///
28  ///

2

**Amended Stipulation and Order to Continue Status Conference**

Dated: March 6, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Michael E. Hansen for
DANIEL McCONKIE, JR.
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, March 6, 2012, to and including May 17, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(B)(ii) and (iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare]. It is further ordered that the March 8, 2012, status conference shall be continued until May 17, 2012, at 9:00 a.m.

**IT IS SO ORDERED**.

Dated: March 8, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

Amended Stipulation and Order to Continue Status Conference