Michael E. Hansen
Attorney at Law, SBN 191737
711 Ninth Street, Suite 100
Sacramento, CA  95814
916.438.7711 FAX 916.864.1359

Attorney for Defendant
SERGEY POTEPALOV

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SERGEY POTEPALOV, et al.,<br><br>    Defendants. | No. 2:11-cr-00295-MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO VACATE TRIAL CONFIRMATION HEARING AND TRIAL DATES** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Daniel McConkie, Jr., Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Sergey Potepalov; Christopher Haydn-Myer, attorney for defendant Pavel Berezenko; Robert Holley, attorney for defendant Anthony Rivera; and Michael Long, attorney for defendant Veranika Koushal, that the previously-scheduled status conference date of January 31, 2013, be vacated and the matter set for status conference on February 14, 2013, at 9:00 a.m.

The parties further stipulate that the trial confirmation hearing date of February 14, 2013, and the jury trial date of March 18, 2013, shall be vacated.  It is expected that all remaining defendants will enter changes of plea at the next scheduled status conference.

This continuance is requested to allow counsel additional time to negotiate resolution of the respective cases.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(B)(ii) and (iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from the date of the parties' stipulation, March 6, 2012, to and including May 17, 2012.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 30, 2013                Respectfully submitted,

                                       /s/ Michael E. Hansen
                                       MICHAEL E. HANSEN
                                       Attorney for Defendant
                                       SERGEY POTEPALOV

Dated: January 30, 2013                /s/ Michael E. Hansen for
                                       CHRISTOPHER HAYDN-MYER
                                       Attorney for Defendant
                                       PAVEL BEREZENKO

Dated: January 30, 2013                /s/ Michael E. Hansen for
                                       ROBERT HOLLEY
                                       Attorney for Defendant
                                       ANTHONY RIVERA

Dated: January 30, 2013                /s/ Michael E. Hansen for
                                       MICHAEL LONG
                                       Attorney for Defendant
                                       VERANIKA KOUSHAL

Dated: January 30, 2013                BENJAMIN B. WAGNER
                                       United States Attorney

                                       By: /s/ Michael E. Hansen for
                                       DANIEL McCONKIE, JR.
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

# ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 30, 2013, to and including May 17, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(ii) and (iv), and Local Codes T2 (complex case) and T4 (reasonable time for defense counsel to prepare).  It is further ordered that the January 31, 2013, status conference shall be continued until February 14, 2013, at 9:00 a.m., and that the trial confirmation hearing on February 14, 2013, and the jury trial on March 13, 2013, are hereby vacated.

**IT IS SO ORDERED**.

Dated: February 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE