1  Michael E. Hansen
   Attorney at Law, SBN 191737
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711 FAX 916.864.1359

4  Attorney for Defendant
   SERGEY POTEPALOV

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>       v.<br><br>SERGEY POTEPALOV, et al.,<br><br>                 Defendants. | No. 2:11-cr-00295-MCE<br><br>**AMENDED STIPULATION AND ORDER TO VACATE TRIAL DATE, AND TO SET STATUS CONFERENCES/CHANGE OF PLEA HEARINGS** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Daniel McConkie, Jr., Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Sergey Potepalov; Christopher Haydn-Myer, attorney for defendant Pavel Berezenko; Robert Holley, attorney for defendant Anthony Rivera; and Michael Long, attorney for defendant Veranika Koushal, that the previously-scheduled jury trial date of March 18, 2013, be vacated.  All parties are negotiating plea agreements.

   It is expected that defendant Anthony Rivera will enter a change of plea on February 7, 2013.  Defendant Veranika Koushal will enter a change of plea on February 21, 2013.  Defendants Pavel Berezenko and Sergey Potepalov will enter changes of plea on March 7, 2013.

   Accordingly, we request status conferences/change of plea hearings as described above.  The Government concurs with this request.

1     Further, the parties agree and stipulate that time will be excluded up to and including
2 March 7, 2013.
3     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
4     IT IS SO STIPULATED.

5 Dated: February 6, 2013                              Respectfully submitted,

6                                           /s/ Michael E. Hansen
                                          MICHAEL E. HANSEN
7                                           Attorney for Defendant
                                          SERGEY POTEPALOV
8
9 Dated: February 6, 2013                              /s/ Michael E. Hansen for
                                          CHRISTOPHER HAYDN-MYER
10                                          Attorney for Defendant
                                          PAVEL BEREZENKO

11 Dated: February 6, 2013                              /s/ Michael E. Hansen for
                                          ROBERT HOLLEY
12                                          Attorney for Defendant
                                          ANTHONY RIVERA
13
14 Dated: February 6, 2013                              /s/ Michael E. Hansen for
                                          MICHAEL LONG
15                                          Attorney for Defendant
                                          VERANIKA KOUSHAL

16 Dated: February 6, 2013                              BENJAMIN B. WAGNER
                                          United States Attorney
17
                                          By: /s/ Michael E. Hansen for
18                                          DANIEL McCONKIE, JR.
                                          Assistant U.S. Attorney
19                                           Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Court orders that time up to and including March 7, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(B)(ii) and (iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare].

**IT IS SO ORDERED**.

Dated: February 13, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE